UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:19-cv-00391-BJD-MCP

ICONIC CONTENT LLC,
a Florida limited liability company,
    plaintiff,

v.

UNKNOWN OFFICER, DIRECTOR, OR OWNER
IP ADDRESS 104.27.170.148
d/b/a SHESFREAKY.COM;

HYSON INTERNATIONAL CORP.,
d/b/a CYBERCON, INC.
a Missouri profit corporation;

UNKNOWN USER "PETERMAN5552";

UNKNOWN USER "SEXMASTER2018"; and

UNKNOWN USER "BIGBALLASHOTCALLA";

    defendants.

---

### DECLARATION OF EDWARD SONNY KUPKA

I, Edward Sonny Kupka, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Service Technician Supervisor for defendant Hyson International Corp., d/b/a Cybercon, Inc. ("Cybercon"). As such, I am familiar with the business practices of Cybercon and the particular transactions and circumstances at issue in this action.

2. I submit this declaration in opposition to plaintiff's motion for limited discovery.

3. Attached as **Exhibit A** is a true and correct copy of an email I sent to Griffin Klema, Esq., counsel for Iconic Content LLC, on February 14, 2019.

Dated: June 21, 2019

_____
Sonny Kupka

# Exhibit A

**Exhibit A**

**Zimbra**                                                                    **stevea@cybercon.net**

### RE: VIA CERTIFIED MAIL AND eMAIL (7017 3040 0000 8661 9637)

**From :** Sonny Kupka <sonny@cybercon.net>          Thu, Feb 14, 2019 07:21 AM
**Subject :** RE: VIA CERTIFIED MAIL AND eMAIL (7017 3040 0000 8661 9637)
**To :** griffin@klemalaw.com
**Cc :** Sonny Kupka <sonny@cybercon.com>

To who it may concern,

We received your comply with DMCA take down; Cease and desist..

We have forwarded this notice to our client who is an ISP hosting who we assume is a client of theirs.

While we have forwarded your notice to client - you should deal directly with them as they are an ISP and we are just the ISP Data Center.

You should forward any further outreach to: M3Server.com - abuse@m3server.com


--
NetRange: 184.175.106.0 - 184.175.106.255
CIDR: 184.175.106.0/24
NetName: CBCN-M3XS-184-175-106-0
NetHandle: NET-184-175-106-0-1
Parent: CYBERCON (NET-184-175-64-0-1)
NetType: Reassigned
OriginAS:
Customer: M3Server.com (C02920837)
RegDate: 2012-01-23
Updated: 2012-01-23
Comment: Please send abuse complaints to abuse@cybercon.com
Ref: https://rdap.arin.net/registry/ip/184.175.106.0

CustName: M3Server.com
Address: PO Box 429
City: Clayton
StateProv: WA
PostalCode: 99110
Country: US
RegDate: 2012-01-23
Updated: 2012-01-23
Ref: https://rdap.arin.net/registry/entity/C02920837

Abuse complaints to abuse@m3server.com

---
Sonny Kupka
Hyson International Corp. | Cybercon.Com
210 North Tucker Blvd, Suite 700
St. Louis, Missouri  63101
Voice: (314) 621-9991 x3116
Fax: (314) 241-1777
URL: http://www.cybercon.com