# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:19-cv-00391-BJD-MCR
### Internal Use Only

| | |
|---|---|
| Iconic Content, LLC v. Unknown officer, director, or owner et al | Date Filed: 04/05/2019 |
| Assigned to: Judge Brian J. Davis | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Monte C. Richardson | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Iconic Content, LLC**
*a Florida limited liability company*

represented by **Griffin C. Klema**
Klema Law, P.L.
PO Box 172381
Tampa, FL 33672
202-713-5292
Email: griffin@klemalaw.com
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Unknown officer, director, or owner**
*TERMINATED: 10/29/2020*
other
IP address 104.27.170.148
*TERMINATED: 10/29/2020*
*doing business as*
shesfreaky.com
*TERMINATED: 10/29/2020*

represented by **Corey D Silverstein**
Silverstein Legal
Ste. 444
30150 Telegraph Rd,
Bingham Farms, MI 48025
248-290-0655
Fax: 248-645-1222
Email: corey@silversteinlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin S Toll**
Silverstein Legal
Ste 444
30150 Telegraph Rd,
Bingham Farms, MI 48025
248-290-0655
Fax: 248-645-1222
Email: kevin@silversteinlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Walters**

|  |  |
|---|---|
|  | Walters Law Group<br>195 W Pine Ave<br>Longwood, FL 32750-4104<br>407/975-9150<br>Fax: 407/774-6151<br>Email: larry@firstamendment.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Hyson International Corp.**<br>*a Missouri profit corporation*<br>*TERMINATED: 11/19/2019*<br>*doing business as*<br>Cybercon, Inc.<br>*TERMINATED: 11/19/2019* | represented by **Helen Peacock Roberson**<br>Office of General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>904-598-0034<br>Fax: 904/598-0395<br>Email: HRoberson@coj.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Thomas Nelson**<br>Nelson Cyber Law, PLLC<br>360 Central Ave Fl 8<br>St Petersburg, FL 33701-3832<br>800-440-5536<br>Email: john@nelson.law<br>*TERMINATED: 05/23/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Neil B. Friedman**<br>Hodgson Russ LLP<br>605 3rd Ave., Suite 2300<br>New York, NY 10158<br>646-218-7605<br>Fax: 646-218-7665<br>Email: nfriedma@hodgsonruss.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Unknown user "peterman5552"**
*individually*
*TERMINATED: 10/29/2020*

**Defendant**

**Unknown user "sexmaster2018"**
*individually*
*TERMINATED: 10/29/2020*

**Defendant**

**Unknown user "bigballashotcalla"**
*individually*
TERMINATED: 10/29/2020

**Defendant**

| | | |
|---|---|---|
| **Memeable, LLC** *agent of* shesfreaky.com *agent of* Residual Media | represented by | **Lawrence G. Walters** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ajani Counts** *agent of* shesfreaky.com *agent of* Residual Media | represented by | **Lawrence G. Walters** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Hyson International Corp.**
*a Missouri profit corporation*
*doing business as*
Cybercon, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2019 | [1](#) | COMPLAINT *for damages and injunctive relief* against Hyson International Corp., Unknown officer, director, or owner, Unknown user "bigballashotcalla", Unknown user "peterman5552", Unknown user "sexmaster2018" with Jury Demand (Filing fee $ 400 receipt number 113A-15322623) filed by Iconic Content, LLC. (Attachments: # [1](#) Exhibit 1-4, # [2](#) Civil Cover Sheet JS44, # [3](#) Proposed Summons)(Klema, Griffin) (Entered: 04/05/2019) |
| 04/05/2019 | 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Monte C. Richardson. New case number: 3:19-cv-391-J-39MCR. (SJB) (Entered: 04/05/2019) |
| 04/08/2019 | [3](#) | SUMMONS issued as to Hyson International Corp. (PAM) (Entered: 04/08/2019) |
| 04/08/2019 | [4](#) | Copyright Report sent to Washington. (Attachments: # [1](#) Exhibit 1) (PAM) (Entered: 04/08/2019) |
| 04/10/2019 | [5](#) | **NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 4/10/2019. (Attachments: # [1](#) Case Management Report Form, # [2](#) Consent Letter and Form)(CKS)** (Entered: 04/10/2019) |

| | | |
|---|---|---|
| 04/18/2019 | 6 | RETURN of service executed on 04/11/2019 by Iconic Content, LLC as to Hyson International Corp. (Klema, Griffin) (Entered: 04/18/2019) |
| 05/02/2019 | 7 | NOTICE of Appearance by John Thomas Nelson on behalf of Hyson International Corp. (Nelson, John) (Entered: 05/02/2019) |
| 05/02/2019 | 8 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Hyson International Corp.. (Nelson, John) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 05/02/2019) |
| 05/03/2019 | 9 | **ENDORSED ORDER granting 8 Motion for Extension of Time to Answer or respond. Hyson International Corp.'s answer or response to the Complaint is due 5/24/2019. Signed by Magistrate Judge Monte C. Richardson on 5/3/2019. (ADM)** (Entered: 05/03/2019) |
| 05/08/2019 | 10 | CORPORATE Disclosure Statement by Hyson International Corp.. (Nelson, John) (Entered: 05/08/2019) |
| 05/20/2019 | 11 | NOTICE of Appearance by Helen Peacock Roberson on behalf of Hyson International Corp. (Roberson, Helen) (Entered: 05/20/2019) |
| 05/20/2019 | 12 | MOTION for Extension of Time to File Response as to 1 Complaint *for Damages and Injunctive Relief and Demand for Jury Trial* by Hyson International Corp. (Roberson, Helen) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 5/21/2019 to edit text (PAM). (Entered: 05/20/2019) |
| 05/21/2019 | 13 | RESPONSE in Opposition re 12 MOTION for Extension of Time to File Response as to 1 Complaint *for Damages and Injunctive Relief and Demand for Jury Trial and incorporated Memorandum of Law* filed by Iconic Content, LLC. (Attachments: # 1 Exhibit Goldberg email, # 2 Exhibit Peacock email)(Klema, Griffin) (Entered: 05/21/2019) |
| 05/22/2019 | 14 | **ENDORSED ORDER granting 12 Motion for Extension of Time to File Response. Despite Plaintiff's opposition to the Motion, the Court finds good cause for the two-week extension, which Hyson's counsel represents is the last request for extension of time to respond to the Complaint. Defendant Hyson International Corp. shall respond to the Complaint on or before June 7, 2019. Signed by Magistrate Judge Monte C. Richardson on 5/22/2019. (ADM)** (Entered: 05/22/2019) |
| 05/22/2019 | 15 | CONSENT MOTION to Substitute Attorney *for Defendant Hyson International Corp. d/b/a Cybercon, Inc.* by Hyson International Corp. (Roberson, Helen) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 5/23/2019 to edit text (PAM). (Entered: 05/22/2019) |
| 05/23/2019 | 16 | Unopposed MOTION for Neil Friedman to appear pro hac vice by Hyson International Corp.. (Roberson, Helen) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 05/23/2019) |
| 05/23/2019 | 17 | **ENDORSED ORDER granting 15 Motion to Substitute Attorney. Attorney John Thomas Nelson is relieved of any further responsibility as counsel for Defendant Hyson International Corp. in this matter,** |

| | | |
|---|---|---|
| | | but he shall comply with all applicable obligations on withdrawing counsel, including any applicable Bar rules. **Signed by Magistrate Judge Monte C. Richardson on 5/23/2019. (ADM)** (Entered: 05/23/2019) |
| 05/24/2019 | | ***PRO HAC VICE FEES paid by attorney Neil B. Friedman, appearing on behalf of Hyson International Corp. (Filing fee $150 receipt number JAX030873.) Related document: 16 Unopposed MOTION for Neil Friedman to appear pro hac vice. (TSW) (Entered: 05/24/2019) |
| 05/28/2019 | 18 | **ENDORSED ORDER granting 16 motion to appear pro hac vice. If Neil Friedman has not already done so, he shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Monte C. Richardson on 5/28/2019. (ADM)** (Entered: 05/28/2019) |
| 06/04/2019 | 19 | CONSENT MOTION for Leave to File Excess Pages by Hyson International Corp. (Roberson, Helen) Modified on 6/5/2019 to edit text (PAM). (Entered: 06/04/2019) |
| 06/05/2019 | 20 | MOTION for Extension of Time to File Case Management Report by Hyson International Corp. (Roberson, Helen) (Entered: 06/05/2019) |
| 06/05/2019 | 21 | **ENDORSED ORDER: 19 Consent Motion to Exceed Page Limit of Defendant Hyson International Corp. is GRANTED. Defendant's forthcoming motion to dismiss shall not exceed 30 pages. Signed by Judge Brian J. Davis on 6/5/2019. (AMP)** (Entered: 06/05/2019) |
| 06/06/2019 | 22 | **ENDORSED ORDER: On or before June 13, 2019, Plaintiff shall file a response to 20 Defendant's Motion for Extension of Time to File Case Management Report, or 20 the Motion will be treated as unopposed. The parties' deadline to file a Case Management Report is STAYED pending the resolution of 20 the Motion. Signed by Judge Brian J. Davis on 6/6/2019. (AMP)** (Entered: 06/06/2019) |
| 06/07/2019 | 23 | MOTION to Dismiss complaint *or in the Alternative to Transfer* by Hyson International Corp.. (Roberson, Helen) (Entered: 06/07/2019) |
| 06/07/2019 | 24 | DECLARATION of Joshua Chen re 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* by Hyson International Corp.. (Roberson, Helen) (Entered: 06/07/2019) |
| 06/07/2019 | 25 | REQUEST for oral argument re 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* by Hyson International Corp.. (Roberson, Helen) (Entered: 06/07/2019) |
| 06/13/2019 | 26 | RESPONSE in Opposition re 20 MOTION for Extension of Time to File Case Management Report *and Motion for limited discovery* filed by Iconic Content, LLC. (Klema, Griffin) (Entered: 06/13/2019) |
| 06/14/2019 | 27 | **ENDORSED ORDER: Defendant Hyson International Corp. shall respond to 26 Plaintiff's Motion for Limited Discovery no later than June 21, 2019. Signed by Magistrate Judge Monte C. Richardson on 6/14/2019. (ADM)** (Entered: 06/14/2019) |

| | | |
|---|---|---|
| 06/20/2019 | 28 | MOTION for Discovery *as to Jurisdiction over Defendant Hyson International Corp.* by Iconic Content, LLC. (Attachments: # 1 Exhibit Composite 1)(Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/20/2019) |
| 06/20/2019 | 29 | MOTION for Extension of Time to File Response as to 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* by Iconic Content, LLC. (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 6/21/2019 to edit text (PAM). (Entered: 06/20/2019) |
| 06/21/2019 | 30 | RESPONSE in Opposition re 29 MOTION for Extension of Time to File Response as to 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* , 28 MOTION for Discovery *as to Jurisdiction over Defendant Hyson International Corp.* filed by Hyson International Corp.. (Roberson, Helen) (Entered: 06/21/2019) |
| 06/21/2019 | 31 | DECLARATION of Helen Roberson re 30 Response in Opposition to Motion by Hyson International Corp.. (Attachments: # 1 Exhibit A: June 18, 2019 letter, # 2 Exhibit B: June 18, 2019 letter)(Roberson, Helen) (Entered: 06/21/2019) |
| 06/21/2019 | 32 | DECLARATION of Edward Kupka re 30 Response in Opposition to Motion by Hyson International Corp.. (Roberson, Helen) (Entered: 06/21/2019) |
| 06/26/2019 | 33 | RESPONSE to Motion re 29 MOTION for Extension of Time to File Response as to 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* filed by Hyson International Corp.. (Roberson, Helen) (Entered: 06/26/2019) |
| 06/26/2019 | 34 | **ORDER granting in part and denying in part 28 and 26 motion for discovery; granting 29 Motion for Extension of Time to File Response; granting 20 Motion for Extension of Time to File. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 6/26/2019. (ADM)** (Entered: 06/26/2019) |
| 06/27/2019 | 35 | Unopposed MOTION for Discovery *from Third Parties and Motion for Extension of time to serve the remaining defendants* by Iconic Content, LLC. (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/27/2019) |
| 06/28/2019 | 36 | **ORDER taking under advisement 35 motion for discovery. Plaintiff's compliance due July 2, 2019. Signed by Magistrate Judge Monte C. Richardson on 6/28/2019. (ADM)** (Entered: 06/28/2019) |
| 06/28/2019 | 37 | AMENDED MOTION for Discovery *from Third Parties and Motion for Extension of time to serve the remaining defendants* by Iconic Content, LLC. (Attachments: # 1 Exhibit Proposed subpoenas duces tecum) (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 7/1/2019 to edit text (PAM). (Entered: 06/28/2019) |
| | | |

Electronic Case Filing | U.S. District Court - Middle District of Florida    Page 7 of 12
Case 3:19-cv-00391-BJD-MCR   Document 90-2   Filed 11/19/20   Page 7 of 12 PageID 1245

| Date | # | Description |
|---|---|---|
| 07/01/2019 | 38 | **ENDORSED ORDER terminating 35 motion for discovery; granting 37 motion for discovery. Plaintiff may serve the subpoenas attached to the Motion on an expedited basis. The deadline for service of process is extended to August 26, 2019. Signed by Magistrate Judge Monte C. Richardson on 7/1/2019. (ADM)** (Entered: 07/01/2019) |
| 07/15/2019 | 39 | UNOPPOSED MOTION for Discovery *from third parties Verizon and Google* by Iconic Content, LLC. (Attachments: # 1 Exhibit Subpoenas to Verizon and Google)(Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 7/16/2019 to edit text (PAM). (Entered: 07/15/2019) |
| 07/16/2019 | 40 | **ENDORSED ORDER granting 39 Plaintiff's Unopposed Motion for Third Party Discovery. Plaintiff may serve the subpoenas attached to the Motion on an expedited basis. Signed by Magistrate Judge Monte C. Richardson on 7/16/2019. (ADM)** (Entered: 07/16/2019) |
| 08/08/2019 | 41 | PROOF of service of subpoena on Corporation Services Company c/o Becky DeGeorge served on 7/22/19 at 9:00 a.m. by Iconic Content, LLC (Klema, Griffin) Modified on 8/9/2019 to edit text (PAM). (Entered: 08/08/2019) |
| 08/09/2019 | 42 | MOTION to Compel production of documents in response to Iconic Content's Subpoenas, *request for sanctions, and incorporated memorandum of law* by Iconic Content, LLC. (Attachments: # 1 Exhibit Google website, # 2 Exhibit Verizon facsimile, # 3 Exhibit Verizon letter response, # 4 Exhibit Iconic email to Verizon, # 5 Text of Proposed Order)(Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 08/09/2019) |
| 08/09/2019 | 43 | SECOND MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* by Iconic Content, LLC. (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 8/12/2019 to edit text (PAM). (Entered: 08/09/2019) |
| 08/14/2019 | 44 | AMENDED EX PARTE MOTION to Compel production of documents in response to Iconic Content's Subpoenas, *request for sanctions, and incorporated memorandum of law* by Iconic Content, LLC. (Attachments: # 1 Exhibit Google website, # 2 Exhibit Verizon response Aug. 14, # 3 Exhibit Email to Verizon Aug. 14, # 4 Exhibit Letter to Oath Aug. 14, # 5 Text of Proposed Order)(Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 8/14/2019 to edit text (PAM). (Entered: 08/14/2019) |
| 08/15/2019 | 45 | **ENDORSED ORDER: No later than August 19, 2019, Defendant Hyson International Corp. shall respond to 43 Plaintiff's Second Motion for Extension of Time, or the Motion will be deemed unopposed. Signed by Magistrate Judge Monte C. Richardson on 8/15/2019. (ADM)** (Entered: 08/15/2019) |
| 08/15/2019 | 46 | **ORDER denying without prejudice 44 Motion to Compel. Signed by Magistrate Judge Monte C. Richardson on 8/15/2019. (ADM** |

| | | |
|---|---|---|
| | | (Entered: 08/15/2019) |
| 08/18/2019 | 47 | MOTION to Compel better discovery responses and production of documents from Defendant Cybercon, for sanctions, and incorporated memorandum of law by Iconic Content, LLC. (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 08/18/2019) |
| 08/18/2019 | 48 | RENEWED MOTION to Compel better discovery responses and production of documents from Defendant Cybercon, for sanctions, and incorporated memorandum of law by Iconic Content, LLC. (Attachments: # 1 Exhibit Google website, # 2 Exhibit Subpoena to Verizon Media, # 3 Text of Proposed Order)(Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 8/19/2019 to edit text (PAM). Modified on 8/20/2019 (PAM). Stricken Per Order Doc. 51 (Entered: 08/18/2019) |
| 08/19/2019 | 49 | MEMORANDUM in opposition re 43 Motion for Extension of Time to File Response/Reply *to Cybercon's Motion to Dismiss or in the Alternative to Transfer* filed by Hyson International Corp. (Roberson, Helen) Modified on 8/20/2019 (PAM). Counsel notified to use correct judge's code on future pleadings (Entered: 08/19/2019) |
| 08/19/2019 | 50 | DECLARATION of Helen Peacock Roberson re 43 SECOND MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Dismiss complaint *or in the Alternative to Transfer* by Hyson International Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Roberson, Helen) Modified on 8/20/2019 (PAM). Counsel notified to use correct judge's code on future pleadings (Entered: 08/19/2019) |
| 08/20/2019 | 51 | **ORDER striking 48 Motion to Compel. Signed by Magistrate Judge Monte C. Richardson on 8/20/2019. (ADM)** (Entered: 08/20/2019) |
| 08/26/2019 | 52 | MOTION to extend time to serve doe defendants by Iconic Content, LLC. (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 08/26/2019) |
| 08/27/2019 | 53 | PROPOSED summons to be issued by Iconic Content, LLC. (Klema, Griffin) (Entered: 08/27/2019) |
| 08/27/2019 | 54 | PROPOSED summons to be issued by Iconic Content, LLC. (Klema, Griffin) (Entered: 08/27/2019) |
| 08/27/2019 | 55 | PROPOSED summons to be issued by Iconic Content, LLC. (Klema, Griffin) (Entered: 08/27/2019) |
| 08/27/2019 | 56 | PROPOSED summons to be issued by Iconic Content, LLC. (Klema, Griffin) (Entered: 08/27/2019) |
| 08/27/2019 | 57 | NOTICE by Hyson International Corp. re 52 MOTION to extend time to serve doe defendants (Roberson, Helen) (Entered: 08/27/2019) |
| 08/27/2019 | 58 | SUPPLEMENT re 57 Notice (Other), 52 MOTION to extend time to |

| | | |
|---|---|---|
| | | serve doe defendants by Iconic Content, LLC. (Klema, Griffin) (Entered: 08/27/2019) |
| 08/28/2019 | 59 | **ENDORSED ORDER granting 52 Motion to extend time to the extent that the deadline for service of process is extended until October 15, 2019. Signed by Magistrate Judge Monte C. Richardson on 8/28/2019. (ADM)** (Entered: 08/28/2019) |
| 08/30/2019 | 60 | SUMMONS issued as to Unknown officer, director, or owner. (AEJ) (Entered: 08/30/2019) |
| 09/03/2019 | 61 | RESPONSE in Opposition re 47 MOTION to Compel better discovery responses and production of documents from Defendant Cybercon, for sanctions, and incorporated memorandum of law filed by Hyson International Corp.. (Attachments: # 1 Exhibit A - Plaintiff's jurisdictional interrogatories to Hyson, # 2 Exhibit B - Plaintiff's amended jurisdictional interrogatories to Hyson, # 3 Exhibit C - Plaintiff's second amended jurisdictional interrogatories to Hyson, # 4 Exhibit D - July 2019 email exchange, # 5 Exhibit E - Hyson's written discovery responses, # 6 Exhibit F - August 2019 email exchange, # 7 Exhibit G - August 9, 2019 letter, # 8 Exhibit H - August 14, 2019 letter, # 9 Exhibit I - August 19, 2019 letter)(Friedman, Neil) (Entered: 09/03/2019) |
| 09/03/2019 | 62 | MEMORANDUM in opposition re 47 Motion to Compel filed by Hyson International Corp.. (Friedman, Neil) (Entered: 09/03/2019) |
| 09/24/2019 | 63 | MOTION to dismiss for lack of jurisdiction by Unknown officer, director, or owner. (Attachments: # 1 Exhibit Exhibit A)(Walters, Lawrence) Modified on 9/25/2019 (PAM). Counsel notified to use correct judge's code on future pleadings. (Entered: 09/24/2019) |
| 09/24/2019 | 64 | UNOPPOSED MOTION for Corey D. Silverstein to appear pro hac vice by Unknown officer, director, or owner. (Walters, Lawrence) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 9/25/2019 to edit text (PAM). (Entered: 09/24/2019) |
| 09/24/2019 | 65 | UNOPPOSED MOTION for Kevin S. Toll to appear pro hac vice by Unknown officer, director, or owner. (Walters, Lawrence) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 9/25/2019 to edit text (PAM). (Entered: 09/24/2019) |
| 09/25/2019 | 66 | NOTICE to counsel Corey D. Silverstein of Local Rule 2.02, Special Admission to Practice - Non-resident attorney shall file a written designation and consent-to-act on the part of some member of the bar of this Court; Pay the $150.00 Special Admission Fee; Complete the E-Filer Registration Form to obtain a login and password for CM/ECF; (Signed by Deputy Clerk). (PAM) (Entered: 09/25/2019) |
| 09/25/2019 | 67 | NOTICE to counsel Kevin S. Toll of Local Rule 2.02, Special Admission to Practice - Non-resident attorney shall file a written designation and consent-to-act on the part of some member of the bar of this Court; Pay the $150.00 Special Admission Fee; Complete the E-Filer Registration Form to obtain a login and password for CM/ECF; (Signed by Deputy |

| | | |
|---|---|---|
| | | Clerk). (PAM) (Entered: 09/25/2019) |
| 09/26/2019 | | \*\*\*PRO HAC VICE FEES paid by attorney Corey D. Silverstein, appearing on behalf of Unknown officer, director, or owner doing business as shesfreaky.com (Filing fee $150 receipt number JAX031739.) Related document: 64 UNOPPOSED MOTION for Corey D. Silverstein to appear pro hac vice. (AFC) (Entered: 09/27/2019) |
| 09/26/2019 | | \*\*\*PRO HAC VICE FEES paid by attorney Kevin S. Toll, appearing on behalf of Unknown officer, director, or owner doing business as shesfreaky.com (Filing fee $150 receipt number JAX031739.) Related document: 65 UNOPPOSED MOTION for Kevin S. Toll to appear pro hac vice. (AFC) (Entered: 09/27/2019) |
| 09/30/2019 | 68 | **ENDORSED ORDER granting 64 motion to appear pro hac vice; granting 65 motion to appear pro hac vice. If Corey Silverstein and Kevin Toll have not already done so, they shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Monte C. Richardson on 9/30/2019.** (ADM) (Entered: 09/30/2019) |
| 10/04/2019 | 69 | CERTIFICATE of interested persons and corporate disclosure statement by Unknown officer, director, or owner. (Walters, Lawrence) Modified on 10/7/2019 to edit text (PAM). (Entered: 10/04/2019) |
| 10/08/2019 | 70 | **ORDER granting in part and denying in part 43 Motion for Extension of Time to File Response; denying 47 Motion to Compel. Signed by Magistrate Judge Monte C. Richardson on 10/8/2019.** (ADM) (Entered: 10/08/2019) |
| 10/08/2019 | 71 | UNOPPOSED MOTION for Extension of Time to File Response *and Unopposed Motion for Enlargment of Page limitation* by Iconic Content, LLC. (Klema, Griffin) Motions referred to Magistrate Judge Monte C. Richardson. Modified on 10/9/2019 to edit text (PAM). (Entered: 10/08/2019) |
| 10/09/2019 | 72 | **ENDORSED ORDER: 71 Plaintiff's Unopposed Motion for Extension of Time to File a Combined Response in Opposition to Both Pending Motions to Dismiss and Enlargement of Page Limitation is GRANTED IN PART. On or before October 18, 2019, Plaintiff shall file one combined response in opposition to both 23 and 63 Motions to Dismiss. Plaintiff's response shall not exceed 30 substantive pages. Signed by Judge Brian J. Davis on 10/9/2019.** (AMP) (Entered: 10/09/2019) |
| 10/21/2019 | 73 | RESPONSE in Opposition re 23 MOTION to Dismiss complaint *or in the Alternative to Transfer*, 63 MOTION to dismiss for lack of jurisdiction filed by Iconic Content, LLC. (Attachments: # 1 Exhibit Declaration of Baker, # 2 Exhibit Declaration of Klema, # 3 Exhibit Cybercon Responses to Request for Admissions)(Klema, Griffin) (Entered: 10/21/2019) |
| 10/21/2019 | 74 | DECLARATION of Griffin C. Klema by Iconic Content, LLC. (Klema, Griffin) (Entered: 10/21/2019) |

| | | |
|---|---|---|
| 11/14/2019 | 75 | NOTICE of voluntary dismissal by Iconic Content, LLC (Klema, Griffin) Modified on 11/14/2019 (PAM). PDF REMOVED PER CHAMBERS See Doc. 76 (Entered: 11/14/2019) |
| 11/14/2019 | 76 | NOTICE of voluntary dismissal by Iconic Content, LLC (Klema, Griffin) (Entered: 11/14/2019) |
| 11/19/2019 | 77 | **ORDER of Dismissal with prejudice as to Defendant Hyson International Corp. The Clerk is directed to terminate Defendant Hyson International Corp. from the Court docket. Signed by Judge Brian J. Davis on 11/19/2019. (AMP)** (Entered: 11/19/2019) |
| 11/22/2019 | 78 | **ENDORSED ORDER TERMINATING as MOOT 23 Defendant Hyson International Corp., d/b/a Cybercon, Inc.'s Motion to Dismiss or in the Alternative to Transfer due to 77 Order of Dismissal as to Defendant Hyson International Corp. Signed by Judge Brian J. Davis on 11/22/2019. (AMP)** (Entered: 11/22/2019) |
| 05/15/2020 | 79 | **ORDER REFERRING Motion for Report and Recommendation: 63 MOTION to Dismiss for Lack of Jurisdiction. Signed by Judge Brian J. Davis on 5/15/2020. (AMP) Motion referred to Magistrate Judge Monte C. Richardson.** (Entered: 05/15/2020) |
| 08/19/2020 | 80 | **REPORT AND RECOMMENDATION re 63 MOTION to dismiss for lack of jurisdiction filed by Unknown officer, director, or owner. Signed by Magistrate Judge Monte C. Richardson on 8/19/2020. (ADM)** (Entered: 08/19/2020) |
| 09/02/2020 | 81 | OBJECTION re 80 REPORT AND RECOMMENDATIONS re 63 MOTION to dismiss for lack of jurisdiction filed by Unknown officer, director, or owner. . (Klema, Griffin) (Entered: 09/02/2020) |
| 09/16/2020 | 82 | RESPONSE to objections to 80 Report and Recommendations filed by Unknown officer, director, or owner. (Walters, Lawrence) (Entered: 09/16/2020) |
| 09/30/2020 | 83 | **ORDER SUSTAINING 81 Plaintiff's Objection to Report and Recommendation. The Report and Recommendation 80 is supplanted by this Order. Defendant's Motion to Dismiss 63 is DENIED. The parties shall file on or before October 14, 2020, a joint status report on how they plan to proceed in this case. Signed by Judge Brian J. Davis on 9/30/2020. (AMP)** (Entered: 09/30/2020) |
| 10/13/2020 | 84 | Joint STATUS Report in Response to September 30, 2020 Order by Unknown officer, director, or owner. (Walters, Lawrence) (Modified docket text on 10/13/2020) (KEM). (Entered: 10/13/2020) |
| 10/14/2020 | 85 | ANSWER and affirmative defenses to 1 Complaint by Unknown officer, director, or owner.(Walters, Lawrence) (Entered: 10/14/2020) |
| 10/28/2020 | 86 | AMENDED COMPLAINT *for damages and injunctive relief* against Hyson International Corp., Memeable, LLC, Ajani Counts with Jury Demand. filed by Iconic Content, LLC. (Attachments: # 1 Exhibit Exhibits 1-3)(Klema, Griffin) (Entered: 10/28/2020) |

| | | | |
|---|---|---|---|
| 11/11/2020 | | 87 | MOTION to Dismiss for Failure to State a Claim by Ajani Counts, Memeable, LLC. (Walters, Lawrence) (Entered: 11/11/2020) |
| 11/11/2020 | | 88 | CASE MANAGEMENT REPORT. (Klema, Griffin) (Entered: 11/11/2020) |
| 11/11/2020 | | 89 | CERTIFICATE of interested persons and corporate disclosure statement by Iconic Content, LLC. (Klema, Griffin) (Entered: 11/11/2020) |