## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ICONIC CONTENT, LLC, a
Florida limited liability company,

     Plaintiff,

v.                        Case No.: 3:19-cv-391-BJD-MCR

MEMEABLE, LLC, AJANI COUNTS,
and HYSON INTERNATIONAL
CORP., a Missouri profit corporation,

     Defendants.

_____/

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Joint Stipulation for Final Order of Dismissal (Doc. No. 93; Stipulation) filed on February 16, 2021, and the Notice of Voluntary Dismissal With Prejudice as to Defendant Hyson International Corp. (Doc. No. 95; Notice) filed on March 2, 2021. In the Stipulation, Plaintiff and Defendants Ajani Counts and Memeable, LLC indicate their agreement to dismissal of this cause with prejudice. In the Notice, Plaintiff advises the Court that it voluntarily dismisses this matter as to Hyson with prejudice.

Accordingly, it is hereby

**ORDERED:**

1.    The Court's Order to Show Cause (Doc. No. 94) is **DISCHARGED.**

2.    This case is **DISMISSED with prejudice**.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this _5th_ day of March, 2021.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*